UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| GE POWER ELECTRONICS, INC., | ) |
| Plaintiff, | ) Civil Action No. 8:16-cv-00708-DCC ) |
| v. | ) **ORDER FOR PRODUCTION OF** ) **ORIGINAL SETTLEMENT** ) **AGREEMENTS PREVIOUSLY** |
| CORNELL-DUBILIER ELECTRONICS, INC. AND CORNELL-DUBILIER MARKETING, INC., | ) **PRODUCED BY PLAINTIFF** ) ) |
| Defendants, | ) |

This matter is before the Court on a Joint Motion for Production of Original Settlement Agreements Previously Produced by Plaintiff. ECF No. 66. These agreements have previously been produced with portions redacted as required by the terms of the Settlement Agreements. The parties agree that production of unredacted copies of the Settlements Agreements is relevant and necessary to this litigation.

Considering the Motion for Production of Original Settlement Agreements Previously Produced by Plaintiff, the pleadings, the applicable law, the representation of counsel that they have agreed to the relief granted herein, and finding the granting of the relief requested to be meritorious and appropriate, the Joint Motion for Production of Original Settlement Agreements Previously Produced by Plaintiff is **GRANTED**. Plaintiff must produce to Defendants the original Settlement Agreements, which were earlier produced in redacted form as GE002830 to GE002833 and GE002834 to GE002837, within seven (7) days of the execution of this Order. The production of these documents is ordered pursuant to the Confidentiality Order already in place in this action.

IT IS SO ORDERED

February 13, 2018
Spartanburg, South Carolina

s/Donald C. Coggins, Jr.
United States District Judge